**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1062

RICHARD D. SPARKMAN, Chapter 7 Trustee for Anderson Homes,
Inc. and Vanguard Homes, Inc.,

                   Plaintiff - Appellee,

          v.

AMERICAN RESIDENTIAL SERVICES, LLC,

                   Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Dever III,
Chief District Judge.   (5:13-cv-00346-D; 09-02062-8-SWH; 09-
02071-8-SWH; 11-00213-8-SWH)

Submitted:  September 30, 2014       Decided:  October 7, 2014

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nelson G. Harris, HARRIS & HILTON, P.A., Raleigh, North
Carolina, for Appellant.   John Paul H. Cournoyer, John A.
Northen, NORTHEN BLUE, LLP, Chapel Hill, North Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

American Residential Services, LLC, (ARS) appeals from the district court's order affirming the bankruptcy court's orders determining that: (1) certain payments made by the debtors to ARS constituted preferential transfers, 11 U.S.C. § 547(b) (2012), and (2) ARS could not establish defenses under either 11 U.S.C. § 547(c)(1) or § 547(c)(2) (2012). We have reviewed the record included on appeal as well as the parties' briefs and find no reversible error. Accordingly, we affirm on the reasoning of the courts below. <u>Sparkman v. American Residential Servs., LLC</u>, Nos. 5:13-cv-00346-D; 09-02062-8-SWH; 09-02071-8-SWH; 11-00213-8-SWH (E.D.N.C. filed May 25, 2012; Mar. 28, 2013; Dec. 30, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>